IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR249-1 |
| | : | |
| GEROND JUNIOR BOSTIC | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

On November 30, 2021, at approximately 4:03 p.m., Richmond County Deputies RC Smith and Spivey were patrolling East Rockingham (in the same vehicle) when their attention was drawn to a black Mazda 3 (Mazda) traveling toward South Hancock Street. As they approached the Mazda, it almost struck other cars in the oncoming lane and then made an abrupt turn onto Marigold Street. Deputy Smith was able to see the Mazda's license plate, which he ran on his in-car computer. The Mazda then made another abrupt turn. At about that time the deputies learned that the Mazda had an insurance stop. Based on that information, the deputies followed the Mazda to ER Corner Store, 254 Mill Road, Rockingham, where it parked.

The driver began to exit, but the deputies requested him to remain in the vehicle. Deputy Smith approached the driver's side, and Deputy Spivey the passenger's side. As they approached, both deputies smelled a strong odor of marihuana coming from the Mazda. Deputy Smith identified the driver as H.J.R., and Deputy Spivey identified the passenger as GEROND JUNIOR BOSTIC. H.J.R. produced a driver's license which deputies immediately confirmed was revoked. H.J.R. also had an outstanding order for arrest for drug trafficking charges. Deputies also confirmed the insurance stop on the Mazda. Both subjects were removed from the Mazda.

Deputies then conducted a probable cause search of the Mazda. They located a set of digital scales and two bags of suspected cocaine in the console area; a high-capacity magazine containing 9mm ammunition behind the passenger's seat; and a book bag containing a loaded firearm and three bags of suspected marihuana (gross weight of the marihuana 15.8 grams) behind the driver's seat. The firearm was identified as a Taurus 9mm handgun, Model G2C, serial number TLN27079. Thirty-three rounds of ammunition were also recovered with the gun.

As the deputies began processing the scene, BOSTIC stated that all the items in the Mazda were his, including the drugs, the firearm, and the set of digital scales. BOSTIC made this statement multiple times. He also admitted

to having additional drugs in his groin area. Deputies recovered an additional quantity of marihuana from BOSTIC's person, as well as $406.00 in U.S. currency. After the Mazda was searched it was towed and inventoried by the Richmond County Sheriff's Office.

The Taurus 9mm handgun, Model G2C, serial number TLN27079, had been reported stolen by the Anson County Sheriff's Office. In a statement provided to the prosecution BOSTIC admitted that he and other friends communicated about the availability of guns on the street to be used for protection – that is, to let one another know when guns were available to buy "off the street" or if they could find someone without a record to do a "straw purchase." BOSTIC stated that he purchased this particular firearm "off the street" for $200 – and so he assumed it was stolen.

On May 11, 2022, Special Agent Adam Cameron with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in Fayetteville, a trained firearm nexus examiner, conducted an examination of the Taurus 9mm handgun, Model G2C, serial number TLN27079. He determined that the firearm was manufactured outside the State of North Carolina and therefore had traveled in and affected interstate commerce or foreign commerce.

3

Case 1:22-cr-00249-LCB   Document 3   Filed 08/23/22   Page 3 of 5

Additionally, SA Cameron determined that the handgun met the statutory definition of a "firearm" as set forth in 18 U.S.C. § 921(a)(3).

This, the 23rd day of August, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

4

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:22CR249-1 |
| | : | |
| GEROND JUNIOR BOSTIC | : | |

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Kathleen Gleason, Asst. Federal Public Defender

    Respectfully submitted,

    SANDRA J. HAIRSTON
    United States Attorney


    /S/ CLIFTON T. BARRETT
    Assistant United States Attorney
    NCSB #12858
    United States Attorney's Office
    Middle District of North Carolina
    101 S. Edgeworth St., 4th Floor
    Greensboro, NC  27401
    Phone:  336/333-5351